◎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

EMG TECHNOLOGY, LLC

V.

**AMENDED NOTICE**

CASE NUMBER: 6:10-CV-536-LED

DR PEPPER SNAPPLE GROUP, INC., ET AL

TYPE OF CASE:

X **CIVIL**   **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court<br>100 E. Houston St.<br>Marshall, Texas 75670 | Judge Everingham's Courtroom |
| | DATE AND TIME<br>July 28, 2011, 9:30 a.m. |

TYPE OF PROCEEDING

**TELEPHONIC HOTLINE CONFERENCE**

*The parties are to contact the Court **AFTER** all parties have joined the call. The Court's telephone number is 903-241-3842. (Mr. Charles Ainsworth will get all parties on the line and then call Judge.)

TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | **CONTINUED TO DATE AND TIME** |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

July 27, 2011
DATE

Debbie Latham
(BY) DEPUTY CLERK

TO:   ALL COUNSEL OF RECORD

**ATTENTION:   STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

     **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____

                                                         Date

Print Name of Atty. _____

Counsel for _____
                     (Name of Party)

Type of Proceeding:  _____
                     (e.g., Scheduling Conference)

Date of Proceeding:  _____

Time of Proceeding:  _____

Location of Proceeding:  _____